FILED
2022 APR 20 PM 1:12
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

William Ray Leggett
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

metroPolitan Development and Housing Agency
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 03-22 0286
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: William Ray Leggett
   Street Address: 301 28th Ave North Apt: 310
   City and County: Nashville Davidson
   State and Zip Code: Tennessee 37203
   Telephone Number: 629-867-4858
   E-mail Address: NONE

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name: metroPolitan Development and Housing Agency
    Job or Title (if known): Property Rental
    Street Address: 303 Foster St
    City and County: Nashville Davidson
    State and Zip Code: Tennessee 37207
    Telephone Number: 615-252-3674
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Losing a Place to live, that thy LORD GOD JESUS CHRIST our KING gave to live and made a Steward of.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Ray Leggett, is a citizen of the State of *(name)* Tennessee.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* NONE, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* metroPolitan Development and Housing Agency, is a citizen of the State of *(name)* Tennessee. Or is a citizen of *(foreign nation)* NONE.

   b.   If the defendant is a corporation

        The defendant, *(name)* __NONE__, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Bad Steward of LORD JESUS CHRIST Property and building; this is a Univesal Law; and Physical and mental abuse. No heat from thy main heat unit from November-05-2021 till February-15-2022.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04-20-2022

Signature of Plaintiff: William Ray Leggett
Printed Name of Plaintiff: William Ray Leggett

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney: NONE
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

William Ray Leggett

V

Metropolitan Development & Housing Agency

These papers are not legal and binding, cause they have the wrong apartment number, my apartment number is 310 not 21045, and mrs. Tiwanna Jones signature is on these legal papers so it makes not binding cause she quit.

I did not pay rent cause I did have heat from November-05-2021 to February-15-2022, and I had a Profressinal from Miller and Son heat and air Condition service name Leon that would have fix my heat, cause their People could fix my heat, they had to call a Profressinal.

William Ray Leggett
Date: 04-20-2022

I wrote up the main heat 11-05-2021 and heat lamp in bathroom on 11-15-2021.



**METROPOLITAN DEVELOPMENT AND HOUSING AGENCY**
Parthenon Towers * 301 28th Avenue North * Nashville, Tennessee 37203
Telephone device for the deaf (615) 252-8599

Page 5

**LEGAL NOTICE**
03/28/2022

*If you want to go court*

WILLIAM LEGGETT
301 28TH AVE. N 310
NASHVILLE TN 37203

Tenant ID: t0182462
Unit: 21045

Dear WILLIAM LEGGETT,

According to our records, you have not paid your rent or other charges as outlined on the back page of this letter in the Summary of Outstanding Charges. If you have paid this balance in full, thank you for your payment and please disregard this letter. If you disagree with this balance, please discuss this with your management office immediately.

Because you have not paid all of your balance, you have violated your lease. Please pay the balance in full within thirty (30) days or make some payment arrangement with your management office.

If you do not pay in full within 30 days or make payment arrangements with your management office, we are inviting you to come to a mandatory meeting with Judge Rachel L. Bell, who is the Presiding Judge for the L.E.G.A.C.Y. Housing Resource Diversionary Court (HRDC). This meeting will be to assess your current situation and see if we can come to a pay-and-stay agreement.

This meeting will take place on **04/29/2022**, at **Levy Place**. In a follow-up letter, you will be notified whether your court date will be at 10:00 AM or 1:30 PM; please let your management office know as soon as possible if one of these dates will not work.

If you fail to attend HRDC and do not pay in full within 30 days or by the date of HRDC (whichever is later), your lease is terminated and this is your official notice to vacate. If upon such termination you do not pay all that you owe or you do not move, MDHA will take legal action against you, which may include your eviction. This could cost you more money for legal charges, court costs, and attorney's fees. You will have to pay all money you owe and the legal charges to stop the legal process and keep from being evicted. If you pay what you owe after MDHA takes out a detainer warrant, the detainer warrant will still be served on you. If you question whether any payment made by you will stop the legal process, see your management office.

If you do receive a warrant and have not paid your balance in full, you must go to court on the date and time listed on the warrant. Failure to attend court may result in a default judgment being awarded against you, depriving you of your opportunity to be heard in court.

*Mrs. Jones quit*

Sincerely,

Tiwanna Jones
Parthenon Towers
Property Manager

AM 429 (Rev 03/2022)                (615) 252-3732



MDHA is an Equal Housing provider and does not discriminate based upon race, color, age, national origin, sex, marital status, disability or any other legally protected status in programs, activities or services.

All facilities accessible

*I am not paying no late charges.* Page 6

WILLIAM LEGGETT                              21045      t0182462

### Summary of Outstanding Charges

| Date | Type of Charge | Description | Balance Due |
|---|---|---|---|
| 11/01/2021 | 59RENT | RENT 11/1/2021 to 11/30/2021: | 334.00 |
| 11/06/2021 | LATE | Tenant Late Charge Late charge fee: | 5.00 |
| 11/08/2021 | LATE | Tenant Late Charge Late charge fee, 2 days @ $1.00/day: | 2.00 |
| 11/22/2021 | 59RENT | RENT Adj GR, 11/01/2021 to 11/30/2021: | 334.00 |
| 11/22/2021 | 59RENT | RENT Adj MI, 11/01/2021 to 11/30/2021: | -334.00 |
| 11/30/2021 | LATE | Tenant Late Charge Late charge fee, 22 days @ $1.00/day: | 22.00 |
| 12/01/2021 | 59RENT | RENT 12/1/2021 to 12/31/2021: | 334.00 |
| 12/06/2021 | LATE | Tenant Late Charge Late charge fee: | 5.00 |
| 01/01/2022 | 59RENT | RENT 1/1/2022 to 1/31/2022: | 334.00 |
| 02/01/2022 | 59RENT | RENT 2/1/2022 to 2/28/2022: | 334.00 |
| 03/01/2022 | 59RENT | RENT 3/1/2022 to 3/31/2022: | 334.00 |
| **Total Balance Due** | | | **1,704.00** |

If you disagree with the amount you owe after you have met with the management office you can file a grievance under our normal grievance process. If you agree that you owe this amount you cannot file a grievance.

## "TENANT GRIEVANCE PROCEDURE"

### 3. Informal Settlement of Grievance

Any grievance shall be personally presented, either orally or in writing to the Metropolitan Development and Housing Agency's Asset Management Director's Office, 701 South 6th St, or to the Property Management Office where the complainant resides so that the grievance may be discussed informally and settled without a hearing. A summary of such discussion shall be prepared within a reasonable time and one copy shall be given to the Resident and one retained in the housing resident file. The summary shall specify the names of the participants, dates of meeting, the nature of the proposal, disposition of the complaint and the specific reasons therefore, and shall specify the procedures by which a hearing under Section 4 may be obtained if the Complainant is not satisfied.

### 4. Procedure to Obtain a Hearing

(a) Request for Hearing - The Complainant shall submit a written request to the Metropolitan Development and Housing Agency for a Hearing either to the Property Management Office where he/she lives or to the Asset Management Director's Office, 701 South 6th St, within 5 working days of the date of the answer to his/her complaint.
The written request shall specify:

(1) The reason for the grievance, and

(2) The action or relief sought.

(b) Failure to Request a Hearing - If the Complainant does not request a Hearing in accordance with this paragraph, then the Metropolitan Development and Housing Agency's disposition of the grievance under Section 3 shall become final. Failure to request a Hearing shall not constitute a waiver by the Complainant of his/her right thereafter to contest the Metropolitan Development and Housing Agency's action in disposing of the complaint in an appropiate judicial proceeding.

(c) Hearing Prerequisite - All grievances shall be personally presented either orally or in writing pursuant to the informal procedure prescribed in section 3 as a condition precedent to a Hearing

**RECEIPT** Terry 615-486-1839 No.
DATE 11-30-21 Miller & Son
FROM Heating cooling  $100.00
Leon works for them 954-914-3754 DOLLARS
O FOR Service call

| Amount of Account | $100.00 | X CASH |
| Amount of Paid | | O CHECK |
| Balance Due | $100.00 | O MONEY ORDER |
| | | O CREDIT CARD |

FROM Leon TO
BY Ray Leggett

Leon fix the heat lamp in the bathroom on, 04-16-2022.

They would fix the heat lamp, cause I ask the office at the Parthenon Towers where I Ray Leggett lives at.

my ~~waitness~~ Leon.
witness

```
RECEIPT   miller&Son          No.
DATE 02-15-22  615-480-1839
FROM Lees heating and cooling      $100.00
      One hundred                  DOLLARS
OFOR no HEAT Evaluation
Amount of Account  100   ☒ CASH
Amount of Paid     100   ○ CHECK        Ray Sennett
Balance Due          0   ○ MONEY ORDER  FROM         TO
                         ○ CREDIT CARD  BY
```

Terry miller 615-480-1839

Leon 954-914-3754

I had to call Leon to come back out to check the thermostat to see if they fixs thy heat, and show me how to operate thy thermostat.

Read Page two that states thy work order. turn in on January-26-2022. Even with a written work order their is a Problem with communication with the office at Parthenon Towers.

William Ray Leggett
Want to file lawsuit against
Metropolitan Development and
Housing Agency.

For being bad steward of LORD GOD JESUS CHRIST our KING building and Property, this is a Univesal Law of LORD GOD our FATHER.

And physical abuse and mental abuse, this is a Law of thy Land.

I would like to keep my rent money and pay for the maintenance and up kept of thy LORD JESUS CHRIST apartment that HE made I Ray a steward of.